# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

DEWAYNE ALLEN THOMAS,

    Petitioner,

v.

                                            CIVIL ACTION NO. 5:18-cv-1312

D.L. YOUNG,

    Respondent.

## **MEMORANDUM OPINION AND ORDER**

Pending is Respondent's request that Petitioner's petition be dismissed [Doc. 10] filed December 19, 2018. This action was previously referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Eifert filed her PF&R on February 13, 2020. Magistrate Judge Eifert recommended that the Court grant Respondent's request for dismissal [Doc. 10], dismiss the Petition [Doc. 1], and remove this matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) (emphasis added) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*."). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (noting parties may not typically

"appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on March 2, 2020. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 20]**, **DISMISSES** the Petition **[Doc. 1]** and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTERED: March 20, 2020

Frank W. Volk
United States District Judge